UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI AHMAD, et al.,<br>Plaintiffs,<br>v.<br>JOSEPH B. EDLOW, et al.,<br>Defendants. | No. 2:25-cv-03093-TLN-CSK<br><br>**ORDER** |

On May 18, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by the magistrate judge's proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on May 18, 2026 (ECF No. 5) are ADOPTED in full;

2. Plaintiffs' action is DISMISSED; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE